# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–53247–gwz</u>
Chapter 7

In re: (Name of Debtor)
    KATHERINE AGUILERA
    6969 SACRED CIRCLE
    SPARKS, NV 89436

Social Security No.:
    xxx–xx–1703

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT ANGELIQUE L. M. CLARK is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 11/26/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court